IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HUDSON SPECIALTY INSURANCE COMPANY                    PLAINTIFF

V.                                    CAUSE NO. 5:17-CV-137-DCB-MTP

TALEX ENTERPRISES, LLC,                              DEFENDANTS
JUBILEE PERFORMING ARTS CENTER, INC.,
TERRANCE L. ALEXANDER, and the
BOARD OF MAYOR AND SELECTMEN
OF MCCOMB, MISSISSIPPI, et al.

ORDER

On December 29, 2017, Talex Enterprises, LLC, Jubilee Performing Arts Center, Inc., Terrance L. Alexander, and the Board of Mayor and Selectmen of McComb, Mississippi (collectively, "Defendants") filed a Counterclaim [Doc. 37] against Hudson Specialty Insurance Company.

In the Counterclaim, Defendants describe a "written contract of Assignment of Chose in Action." See Doc. 37, p.7, ¶d. Defendants' Counterclaim states, "[a] copy of the Contract is attached as Exhibit A." See Id.

Defendants failed to attach a copy of the "written contract of Assignment of Chose in Action" as an exhibit to the Counterclaim.

Accordingly,

IT IS HEREBY ORDERED that Defendants, within five days of entry of this Order, file with this Court a copy of the "written contract of Assignment of Chose in Action" that is described on page seven, paragraph d of Defendants' Counterclaim.

SO ORDERED, this the 12th day of March, 2018.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE