# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**HUDSON SPECIALTY INSURANCE COMPANY**                          **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 5:17-cv-137-DCB-MTP**

**TALEX ENTERPRISES, LLC, ET AL.**                                      **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on Defendant Cox Architecture, P.A.'s failure comply with the Court's orders and failure to defend. On November 13, 2017, Plaintiff filed this action against several individuals and entities, including Cox Architecture, P.A. On December 22, 2017, Steve Cox, on behalf of Cox Architecture, P.A. filed a Motion for Change of Venue [33].[1]

Because business entities must be represented by licensed counsel,[2] the Court ordered Cox Architecture, P.A. to obtain counsel and have counsel enter an appearance in this matter on or before February 26, 2018. *See* Order [48]. In its Order, the Court warned Cox Architecture, P.A. that its failure to comply could result in the entry of a default judgment or otherwise adversely affect its rights. After Cox Architecture, P.A. failed to comply with the Order [48], the Court entered a second Order [60] directing it to obtain counsel. Thereafter, Steve Cox, on

---

[1] On December 29, 2017, Mr. Cox, on behalf of Cox Architecture, P.A., filed an Amended Motion for Change on Venue [34]. The Court denied the Motion [33] and Amended Motion [34] on February 8, 2018. *See* Order [52]. Cox Architecture, P.A. did not file an answer within fourteen days of the Court's Order [52] denying the Motions [33] [34] as required by Fed. R. Civ. P. 12(a)(4)(A).

[2] *See Donovan v. Road Rangers County Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984); *Southwest Express Co., Inc. v. Interstate Commerce Commission*, 670 F.2d 53, 54-56 (5th Cir. 1982); *In re K.M.A., Inc.*, 652 F.2d 398, 399 (5th Cir. 1981).

behalf of Cox Architecture, P.A., sent a Letter [65] to the Court stating that he would "not be obtaining legal counsel."

IT IS, THEREFORE, ORDERED that Cox Architecture, P.A. is hereby warned that its failure to obtain counsel and failure to file a responsive pleading may result in the entry of default and default judgment or otherwise adversely affect its rights.

SO ORDERED this the 16th day of March, 2018.

                                                    s/Michael T. Parker
                                                    UNITED STATES MAGISTRATE JUDGE