IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HUDSON SPECIALTY INSURANCE COMPANY                    PLAINTIFF

V.                                    CAUSE NO. 5:17-CV-137-DCB-MTP

TALEX ENTERPRISES, LLC,
JUBILEE PERFORMING ARTS CENTER, INC.,
TERRANCE L. ALEXANDER, and the
BOARD OF MAYOR AND SELECTMEN
OF MCCOMB, MISSISSIPPI, et al.                       DEFENDANTS

## ORDER

Before the Court is a Motion for Extension of Time **[Doc. 77]** filed by Defendants and Plaintiffs-in-Counterclaim, Talex Enterprises, LLC, Jubilee Performing Arts Center, Inc., Terrance L. Alexander, and the Board of Mayor and Selectmen of McComb, Mississippi.

Although the Motion requests an extension until May 25, 2018 to respond to "Plaintiff's Motion for Partial Summary Judgment," no such motion exists on the Court's docket. The Court presumes that the requested extension applies to Hudson Specialty Insurance Company's "Motion for Partial Dismissal." See Doc. 74.

The Court finds that the Motion is well-taken and should be granted.

Accordingly,

IT IS ORDERED that the Motion for Extension of Time **[Doc. 77}** filed by Defendants and Plaintiffs-in-Counterclaim, Talex Enterprises, LLC, Jubilee Performing Arts Center, Inc., Terrance L. Alexander, and the Board of Mayor and Selectmen of McComb, Mississippi is GRANTED. Movants shall respond to Hudson Specialty Insurance Company's Motion to Dismiss on or before May 25, 2018.

SO ORDERED, this the 21st day of May, 2018.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE