IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Western Division

**HUDSON SPECIALTY INSURANCE COMPANY**  PLAINTIFF/
COUNTER-DEFENDANT

V.  CIV NO: 5:17-cv-00137-DCB-MTP

**TALEX ENTERPRISES, LLC; JUBILEE PERFORMING
ARTS CENTER, INC.; TERRANCE L. ALEXANDER; and the
BOARD OF MAYOR AND SELECTMEN**  DEFENDANTS/
**OF MCCOMB, MISSISSIPPI, et al.**  COUNTER-CLAIMANTS

ORDER

This matter is before the Court on Defendants/Counter-Claimants Talex Enterprises, LLC; Jubilee Performing Arts Center, Inc.; Terrance L Alexander; and the Board of Mayor and Selectmen of McComb, Mississippi's Motion for Entry of Judgment under Rule 54(b) [ECF No. 251]; Hudson Specialty Insurance Company ("Hudson")'s Response [ECF No. 255]; and the Defendants/Counter-Claimants' Rebuttal [ECF No. 258].

On October 24, 2019, Hudson filed a Motion for Reconsideration [ECF No. 253] regarding the Court's Order on Motion for Partial Summary Judgment [ECF No. 250]. The Court found that the motion was well taken and submitted a reconsidered Order on January 30, 2019. This Motion for Entry of

1

Final Judgment is premised on the originally filed Motion for Partial Summary Judgment [ECF No. 250], which has been vacated and a reconsidered order filed. The parties shall submit additional briefing addressing the issue of whether, procedurally, an appeal can be taken regarding the Court's determination that the property exclusions of the subject policies apply to the JPAC building in the event Hudson has an obligation to indemnify. In the event that there is no such obligation, the property exclusion issue becomes moot.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendants/Counter-Claimants have twenty (20) days from the entry of this Order to provide additional briefing on the issue of entering a final judgment pursuant to Federal Rule of Civil Procedure 54(b), Hudson shall have fourteen (14) days to respond, and Defendants/Counter-Claimants shall have seven (7) days to submit a Rebuttal.

SO ORDERED this the 19th day of February, 2020.

___/s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE