IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**WESTERN DIVISION**

**HUDSON SPECIALTY INSURANCE COMPANY**                    **PLAINTIFF/**

**COUNTER-DEFENDANT**

V.                                              CIV NO: 5:17-cv-00137-DCB-MTP

**TALEX ENTERPRISES, LLC; JUBILEE PERFORMING**
**ARTS CENTER, INC.; TERRANCE L. ALEXANDER; and the**
**BOARD OF MAYOR AND SELECTMEN**                          **DEFENDANTS/**
**OF MCCOMB, MISSISSIPPI, et al.**                        **COUNTER-CLAIMANTS**

ORDER

Before the Court is Defendants/Counter-Claimants Terrance L. Alexander ("Alexander"), Board of Mayor and Selectmen of McComb, Mississippi ("McComb"), Jubilee Performing Arts Center, Inc. ("Jubilee"), and Talex Enterprises, LLC ("Talex")'s Motion in Limine [ECF No 240] seeking a court order precluding Plaintiff/Counter-Defendant, Hudson Specialty Insurance Company ("Hudson"), from presenting at trial evidence withheld in discovery based on the attorney/client privilege and/or the work-product doctrine, as well as evidence of misrepresentations not disclosed.

Moreover, Defendants/Counter-Claimants move to exclude any evidence of Hudson's payment under the commercial property insurance coverage. Hudson concedes that the commercial

1

property coverage payment should be excluded, and the Court, therefore, hereby so orders.

As to the other evidence which the Movant seeks to exclude, the Motion is denied for the reason that the Court is unable to determine, with specificity, matters which the Movant seeks to exclude.  Objections may be made at trial, outside of the presence of the jury, and the Court will make such rulings as are appropriate.

SO ORDERED, this the 9th day of March, 2020.

                                                           _/s/ David Bramlette_____
                                                           United States District Judge