IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Western Division

**HUDSON SPECIALTY INSURANCE COMPANY**                    **PLAINTIFF/**

                                                         **COUNTER-DEFENDANT**

V.                                        CIV NO: 5:17-cv-00137-DCB-MTP

**TALEX ENTERPRISES, LLC; JUBILEE PERFORMING**
**ARTS CENTER, INC.; TERRANCE L. ALEXANDER; and the**
**BOARD OF MAYOR AND SELECTMEN**                          **DEFENDANTS/**
**OF MCCOMB, MISSISSIPPI, et al.**                        **COUNTER-CLAIMANTS**

ORDER

This matter is before the Court on Talex Enterprises, LLC ("Talex"), Jubilee Performing Arts Center ("Jubilee"), Terrance L. Alexander ("Alexander"), and the Board of Mayor and Selectmen of McComb, Mississippi ("McComb" collectively, "Defendants/Counter-Claimants")'s Motion for Entry of Final Judgment and for Stay of Proceedings ("Motion for Judgment & Stay") [ECF No. 251]. On May 29 2020, Defendants/Counter-Claimants filed a Notice of Withdrawal [ECF No. 274] of their Motion for Judgment & Stay.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Judgment & Stay [ECF No. 251] is DENIED as moot.

1

2

SO ORDERED this the 9th day of June, 2020.

                                               _/s/ David Bramlette_____

                                               UNITED STATES DISTRICT JUDGE