```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

                           WESTERN DIVISION
```

**HUDSON SPECIALTY INSURANCE COMPANY**                              **PLAINTIFF/**

                                                          **COUNTER-DEFENDANT**


V.                                         CIV NO: 5:17-cv-00137-DCB-MTP


**TALEX ENTERPRISES, LLC; JUBILEE PERFORMING**
**ARTS CENTER, INC.; TERRANCE L. ALEXANDER; and the**
**BOARD OF MAYOR AND SELECTMEN**                                    **DEFENDANTS/**
**OF MCCOMB, MISSISSIPPI, et al.**                              **COUNTER-CLAIMANTS**

                                ORDER

   This matter is before the Court on Plaintiff/Counter-Defendant Hudson Specialty Insurance Company ("Hudson")'s Motion to Dismiss. [ECF No. 306]. Hudson moves to dismiss Counts I and II of its Second Amended Complaint [ECF No. 121]. Counts I and II request that the Court rescind Hudson insurance Policy Nos. HBD10019191 and HBD10027329 (the "Subject Policies") and declare those policies void <u>ab initio</u>. Defendants/Counter-Claimants do not object to the voluntary dismissal.

   Rule 41(a)(2) of the Federal Rules of Civil Procedure, allows a court to dismiss an action at the plaintiff's request if the court considers the request to be proper. Having read the Motion, applicable statutory and case law, and being otherwise

                                  1

fully informed in the premises, the Court finds that Hudson's request for a voluntary dismissal of Counts I and II is well taken.

Accordingly,

IT IS HEREBY ORDERED that Hudson Specialty Insurance Company's Motion [ECF No. 306] is GRANTED.

SO ORDERED this the 23rd day of July, 2020.

    __/s/ David Bramlette_____
    UNITED STATES DISTRICT JUDGE