```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

**HUDSON SPECIALTY INSURANCE COMPANY**                             **PLAINTIFF/**

                                                          **COUNTER-DEFENDANT**


**V.**                                 **CIV NO: 5:17-cv-00137-DCB-MTP**


**TALEX ENTERPRISES, LLC; JUBILEE PERFORMING**
**ARTS CENTER, INC.; TERRANCE L. ALEXANDER; and the**
**BOARD OF MAYOR AND SELECTMEN**                                  **DEFENDANTS/**
**OF MCCOMB, MISSISSIPPI, et al.**                            **COUNTER-CLAIMANTS**

                              ORDER

   This matter is before the Court on Plaintiff/Counter-Defendant Hudson Specialty Insurance Company ("Hudson")'s Motion for Default Judgments against Defendants Cox Architecture, P.A.; Twice as Nice, LLC; Professional Beauty, Barber and Equipment, Inc., d/b/a Gulf South Salon Services; Pics N Sips, LLC; McComb Neurology, P.A.; Clear Creek Cabinetry, Inc.; Gilbert Law Firm, PLLC; Nieman & Associates, PC; Ronnie Whittington; Allie's Enterprises, LLC; Office Automation Center, Inc.; Graphics Etc., LLC; Samuel Alexander; and Lott Furniture Company of McComb. [ECF No. 307].

   These Defendants have not filed any Answer or otherwise defended or participated in this action. On July 17, 2020,

pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of the Court entered the Clerk's Entry of Default Judgment as to the aforementioned Defendants. [ECF No. 304]. Having reviewed the motion, applicable statutory and case law, and being otherwise fully informed in the premises, the Court finds Hudson's Motion for an Entry of Default Judgments to be well taken.

Accordingly,

IT IS HEREBY ORDERED that Hudson Specialty Insurance Company's Motion [ECF No. 307] is GRANTED.

SO ORDERED this the 23rd day of July, 2020.

                                            ___/s/ David Bramlette_____
                                            UNITED STATES DISTRICT JUDGE