IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

**HUDSON SPECIALTY INSURANCE COMPANY**                                **PLAINTIFF/**

**COUNTER-DEFENDANT**

V.                                           CIV NO: 5:17-cv-00137-DCB-MTP

**TALEX ENTERPRISES, LLC; et al.**                                **DEFENDANTS/**

**COUNTER-CLAIMANTS**

ORDER

This matter is before the Court on Plaintiff/Counter-Defendant Hudson Specialty Insurance Company ("Hudson")'s Motion for Default Judgment against Defendant Concepts by Mere, LLC [ECF No. 316].

The Defendant has not filed any Answer or otherwise defended or participated in this action. On November 14, 2020, pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of the Court entered the Clerk's Entry of Default Judgment as to Concepts by Mere, LLC. [ECF No. 315]. Having reviewed the motion, applicable statutory and case law, and being otherwise fully informed in the premises, the Court finds Hudson's Motion for an Entry of Default Judgment to be well taken.

Accordingly,

  IT IS HEREBY ORDERED that Hudson Specialty Insurance Company's Motion [ECF No. 316] is GRANTED.

  SO ORDERED this the 17th day of November, 2020.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE