IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**HUDSON SPECIALTY INSURANCE COMPANY**                                              **PLAINTIFF**

v.                                                                          **CIVIL ACTION NO. 5:17-cv-137-DCB-MTP**

**TALEX ENTERPRISES, LLC, ET AL.**                                                      **DEFENDANTS**

## ORDER TO APPEAR AND SHOW CAUSE

Presently pending before the Court is the Motion to Enforce Settlement [323] filed by Hudson Specialty Insurance Company ("Hudson"). In its Motion [323], filed on December 18, 2020, Hudson notes that on August 2, 2019, the undersigned conducted a settlement conference with the parties, during which Hudson agreed to a settlement with Talex Enterprises, LLC ("Talex"), Jubilee Performing Arts Center, Inc. ("Jubilee"), and Terrance L. Alexander ("Alexander"). According to Hudson, it issued payment to Talex, Jubilee, and Alexander soon after a settlement was reached. Hudson asserts that it presented a proposed release to Talex, Jubilee, and Alexander on November 20, 2020, but they have failed to execute the release or even acknowledge Hudson's presentation of the release.

Pursuant to L.U. Civ. R. 7(b)(3), Talex, Jubilee, and Alexander were required to "either respond to the motion or notify the court of [their] intent not to respond" on or before January 4, 2021. They did neither.

IT IS, THEREFORE, ORDERED that:

1. A show cause hearing in this action is scheduled for **March 9, 2021, at 10:30 a.m., at the United States Courthouse, Courtroom 2, 701 N. Main Street, Hattiesburg, Mississippi.** Talex Enterprises, LLC, Jubilee Performing Arts Center, Inc., Terrance L. Alexander, and their counsel shall attend the hearing. At the hearing, Talex, Jubilee, and Alexander shall show cause, if any, why the Motion to Enforce Settlement [323] should not be granted and costs imposed for their failure to respond to the motion or notify the Court of their intent not to respond.

2. Failure to appear at the hearing, or otherwise show sufficient cause, may result in the imposition of appropriate sanctions.

SO ORDERED this the 3rd day of March, 2021.

                                              s/Michael T. Parker  
                                              UNITED STATES MAGISTRATE JUDGE